**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 20-17275 |
| Renee A Donfris ) | Chapter 13 |
| ) | Judge: LaShonda A. Hunt |
| Debtor ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Renee A Donfris
10509 Oconnell Ave
Mokena, IL  60448

M HEDAYAT & ASSOC
1211 LAKEVIEW CT
ROMEOVILLE, IL  60446

Please take notice that on January 15, 2021 at 10:45 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt, and present the motion a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must call in to the hearing using the following information - **Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on January 07, 2021.

801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/   Gerald Mylander
FOR: Glenn Stearns, Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 20-17275 |
| Renee A Donfris ) | Chapter 13 |
| ) | Judge: LaShonda A. Hunt |
| Debtor ) | |

## MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Friday, September 18, 2020.
2. The Debtor has failed to:
   a. Propose a feasible plan that will complete within the maximum 60 month period.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650         /s/   Gerald Mylander
Lisle, IL  60532-4350                   FOR: Glenn Stearns, Chapter 13 Trustee